# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
   Clerk of the Court                                              (415) 522-2000

January 10, 2008

TO:    Mr. Erric Lamar Beasley
          8611 N. Meridian Street
          Indianapolis, IN 46260

       Re:    **ERRIC L. BEASLEY v. ROYAL DUTCH SHELL**
               C-07-06501 (JCS)

Dear Counsel:

      This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

      A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **January 24, 2008.**

      Sincerely,

      Richard W. Wieking, Clerk
      United States District Court

By:_____
      Karen L. Hom
      Courtroom Deputy

Enclosure: Forms