1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7  ERRIC L. BEASLEY,
8        Plaintiff(s),                No. C 07-06501 PJH
9     v.                              **CLERK'S NOTICE**
10 ROYAL DUTCH SHELL,
11       Defendant(s).
12 _____/
13
14   YOU ARE HEREBY NOTIFIED that the Initial Case Management Conference currently set for April 10, 2008 at 2:30 p.m. is VACATED, in this matter.
15
16
17                                    Richard W. Wieking
                                      Clerk, U.S. District Court
18
                                      by:_____
19                                    Nichole Heuerman, Deputy Clerk
                                      Honorable Phyllis J. Hamilton
20                                    (415) 522-2023
21 Dated:  April 3, 2008
22
23
24
25
26
27
28