UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRIC L. BEASLEY,<br><br>        Plaintiff,<br><br>  v.<br><br>ROYAL DUTCH SHELL et al,<br><br>        Defendant. | Case Number: CV07-06501 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erric Lamar Beasley
8611 N. Meridian Street
Indianapolis, IN 46260

Dated: May 2, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk