**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9
10  ERRIC L. BEASLEY,
11          Plaintiff,                    No. C 07-6501 PJH
12      v.                                **ORDER OF DISMISSAL**
13  ROYAL DUTCH SHELL, et al.,
14          Defendants.
15  _____/
16      Plaintiff having failed to pay the filing fee and having failed to file a proof of service of
17  the summons and complaint on defendants by the May 16, 2008 deadline set by the court
18  in its May 2, 2008 Order to Show Cause, the court finds that the above-entitled action must
19  be dismissed pursuant to Federal Rule of Civil Procedure 41(b).
20
21  **IT IS SO ORDERED.**
22  Dated:  May 22, 2008
23                                         _____
                                           PHYLLIS J. HAMILTON
24                                         United States District Judge
25
26
27
28