United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERRIC L. BEASLEY,

    Plaintiff,

    v.

ROYAL DUTCH SHELL, et al.,

    Defendants.
_____/

No. C 07-6501 PJH

**JUDGMENT**

The court having dismissed the above-entitled action pursuant to Federal Rule of Civil Procedure 41(b),

It is Ordered and Adjudged

that plaintiff Erric L. Beasley take nothing, and that the action be dismissed.

Dated: May 22, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge